**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**MOHI'DEAN D. AL'ZAIEM,**

**Plaintiff,**

**v.**

**ALEJANDRO N. MAYORKAS,**

**Defendant.**

**Civil Action No. 22-3804 (JEB)**

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's Motion to Dismiss or Alternatively for Summary Judgment is GRANTED IN PART and DENIED IN PART;
2. All claims in Counts I–IV deriving from Al'Zaiem's removal, all claims in Counts I–V deriving from his demotion, all claims in Count I for failure to accommodate religious practice, all claims in Count III deriving from acts occurring before February 21, 2019, and all claims in Count IV deriving from accommodations denied by DHS in 2018 and 2020 are DISMISSED; and
3. Defendant shall file its Answer on or before August 18, 2023.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: August 4, 2023